1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DANNY GRIFFITH, | |
|---|---|
| Plaintiff, | Case No. C06-5022FDB |
| v. | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| JOSEPH LEHMAN, | |
| Defendant. | |

Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and does not appear to have funds available to afford the $250.00 filing fee.

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 20th day of January, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1