1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

10

DANNY GRIFFITH,

11

                Plaintiff,

12

                                                        Case No. C06-5022FDB

        v.

13

                                                        ORDER DISMISSING APPEAL

JOSEPH LEHMAN,

14

                Defendant.

15

        This prisoner civil rights matter was filed in January 2006.  The Magistrate Judge has granted

16

Plaintiff *in forma pauperis* status.  The Magistrate Judge ordered Plaintiff to correct certain

17

deficiencies in his Complaint.  Rather than proceed as ordered, Plaintiff appeal that order to this

18

Court asserting that there is no rule or statute providing for such an order and that the "findings"

19

referred to by the Magistrate Judge are not good case law until the Ninth Circuit Court of Appeals

20

rules.

21

        Plaintiff's appeal lacks merit, and his appeal must be dismissed.  ACCORDINGLY,

22

        IT IS ORDERED:

23

        1.      Plaintiff's Appeal [Dkt. # 6] of the Magistrate Judge's Order To Amend the

24

                Complaint [Dkt. # 5] is DENIED;

25

26

ORDER - 1

2.   Plaintiff shall amend his complaint and correct the deficiencies by no later than June 26, 2006, and failure to comply with this order may result in a recommendation for dismissal.

3.   This matter is re-referred to the Magistrate Judge

DATED this 26th day of May, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2