1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10   DANNY GRIFFITH,

11          Plaintiff,

12      v.                              Case No. C06-5022 FDB

13   JOSEPH LEHMAN,                     ORDER ADOPTING REPORT AND
                                        RECOMMENDATION DISMISSING
14          Defendant.                  COMPLAINT WITH PREJUDICE

15

16          This matter comes before the Court on the Report and Recommendation of the Magistrate

17   Judge [Dkt. #8] that the complaint be dismissed, without prejudice.  This civil rights action was filed

18   on January 11, 2006.  Plaintiff was given leave to proceed in forma pauperis.  Plaintiff is attempting

19   to litigate for the loss of "earned early release" time.

20          The Magistrate Judge ordered the Plaintiff to correct deficiencies in his complaint.  Rather

21   than proceed as ordered, Plaintiff sought to appeal the matter to this Court.  This Court dismissed

22   the appeal as lacking merit and ordered Plaintiff to amend his complaint to correct the deficiencies no

23   later than June 26, 2006, warning that a failure to do so may result in a recommendation for

24   dismissal.  Plaintiff has not amended his complaint and Magistrate Judge, Karen L. Strombom has

25

26   ORDER - 1

1  recommended the action be dismissed with prejudice.  The Court concurs with the recommendation

2  of the magistrate Judge.

3          The Court, having reviewed the Plaintiff's complaint, the Report and Recommendation, and

4  the remaining record, does hereby find and ORDER:

5          (1)      The Court adopts the Report and Recommendation;

6          (2)      This action is **DISMISSED WITH PREJUDICE**;

7          (3)      The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

8                   Defendants, and to the Hon. Karen L. Strombom.

9

10         DATED this16[th] day of August, 2006.

11

12

13

14         FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26  ORDER - 2